November 9, 2015

Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station,
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta, Clerk

Re: New Address; COA Case No. 03-14-00401-CR )
TRIAL Ct. No. A-13-0417-SA:

Dear Clerk:

I am writing you this brief letter to advise this court of my new address in the above re—cause no., as follows:

Old Address: Tulia Transfer Facility, 4000 HWY. 86-West. Tulia, Texas 79088.

New Address: Ferguson unit, 12120 Savage drive Midway, Texas 75852.

I appreciate your assistance in this matter.

Sincerely,
Johnny Flores Navarro
# 193/583, Ferguson unit
12120 Savage Dr.
Midway, Texas 75852